No. D–1360. IN RE DISBARMENT OF PROVDA. It is ordered that Bruce Provda, of Floral Park, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1361. IN RE DISBARMENT OF KRASNER. It is ordered that Barry J. Krasner, of Manhattan Beach, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1362. IN RE DISBARMENT OF SNEED. It is ordered that Benjamin Sneed, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1363. IN RE DISBARMENT OF ERDHEIM. It is ordered that Michael F. Erdheim, of New York, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1364. IN RE DISBARMENT OF HERRING. It is ordered that Bruce A. Herring, of Placentia, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1365. IN RE DISBARMENT OF MICELLI. It is ordered that Nicholas Angelo Micelli, of Los Angeles, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–1366. IN RE DISBARMENT OF STEVENS. It is ordered that A. Karl Stevens, Jr., of Tampa, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.